IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| MB Kahn Construction Company, Inc., | ) ) ) | C/A No. 3:09-060-JFA |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Citigroup, Inc., and Citigroup Global Markets, Inc., | ) ) ) | |
| Defendants. | ) ) ) | |

This matter comes before the court to review the status of arbitration. By order dated March 24, 2009, the court granted the motion of defendants Citigroup, Inc., and Citigroup Global Markets, Inc., to compel arbitration. By the terms of the order, the court stayed plaintiff's complaint until March 24, 2010 and directed the parties to provide the court with a report on the resolution of the arbitration proceedings. In a letter dated November 9, 2009 [dkt. # 40], defense counsel informed the court that the evidentiary hearing in the arbitration proceeding would take place between May 3 and 7, 2010. As the current stay expires prior to the scheduled arbitration hearing, the court hereby extends its stay until July 6, 2010. The parties are directed to immediately inform the court of the resolution of the arbitration proceedings by filing an entry on the docket.

IT IS SO ORDERED.

December 15, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge